UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 29 PM 4:23
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FEDEX CORPORATION, et al.,

Plaintiffs,

V.                                                    NO. 2:04-CV-02868-JPM-DKV

THOMAS F. DONALDSON, JR.,

Defendant.                                        JURY DEMANDED

## ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

This matter is before the Court on the motion of Robert L. Moore and Heaton & Moore, P.C. for leave to withdraw as counsel for Defendant Thomas F. Donaldson, Jr. in this action. The Court being advised in the premises, and it appearing that the motion is well-taken,

IT IS HEREBY ORDERED that Robert L. Moore and Heaton & Moore, P.C. be granted leave to withdraw as counsel for Defendant Thomas F. Donaldson, Jr. in this action.

Dated August 29, 2005.

_____
Diane K. Vescovo
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-30-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CV-02868 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Clint Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Stephen J. Lane
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Richard R. Roberts
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Jon McCalla
US DISTRICT COURT