IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

FEDEX CORPORATION, a )
Delaware Corporation, and )
FEDERAL EXPRESS CORPORATION, )
a Delaware Corporation, )
)
) No. 04-2868 Ml/V
Plaintiffs, )
)
v. )
)
THOMAS F. DONALDSON, JR., )
)
Defendant. )

---

### ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

---

Before the Court is the motion of Attorney Robert L. Moore and Heaton & Moore, P.C. to withdraw as counsel for Defendant Thomas F. Donaldson, Jr. and substitute Bruce S. Kramer, Esq. and Jason G. Wolfkill, Esq. of Borod & Kramer, P.C., filed August 26, 2005. Good cause having been shown, the Court GRANTS the motion.

IT IS SO ORDERED this 29 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:04-CV-02868 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Stephen J. Lane
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Stephen J. Herman  
HERMAN HERMAN KATZ & COTLAR, L.L.P.  
820 O'Keefee Ave.  
New Orleans, LA 70113--111

Bruce S. Kramer  
BOROD & KRAMER  
80 Monroe Ave.  
Ste. G-1  
Memphis, TN 38103

Clint Saxton  
FEDEX CORPORATION  
3620 Hacks Cross Rd.  
Third Floor, Building B.  
Memphis, TN 38125--880

Richard R. Roberts  
FEDEX CORPORATION  
3620 Hacks Cross Rd.  
Third Floor, Building B.  
Memphis, TN 38125--880

Russ M. Herman  
HERMAN HERMAN KATZ & COTLAR, L.L.P.  
820 O'Keefee Ave.  
New Orleans, LA 70113--111

Lucian T. Pera  
ARMSTRONG ALLEN, PLLC  
80 Monroe Avenue  
Ste. 700  
Memphis, TN 38103--246

Robert L. Moore  
HEATON & MOORE, P.C.  
100 N. Main St.  
Ste. 3400  
Memphis, TN 38103

Honorable Jon McCalla  
US DISTRICT COURT