IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 5:02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION, d/b/a FEDEX EXPRESS,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS F. DONALDSON, JR.,<br><br>    Defendant. | No. 04-2868 Ml/V |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on July 13, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last seven to ten (7-10) days, is set to begin <u>Monday, September 25, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Friday, September 15, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>September 8, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 6 day of September, 2005.

*signature*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:04-CV-02868 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Clint Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Richard R. Roberts
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen J. Lane
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113--111

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT