IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1 PM 4:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| FEDEX CORPORATION, a Delaware Corporation, and FEDERAL EXPRESS CORPORATION, a Delaware Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS F. DONALDSON, JR.,<br><br>    Defendant. | No. 04-2868 Ml/V |

## ORDER GRANTING DEFENDANT'S MOTION FOR NEW TRIAL DATE

Before the Court is Defendant's Motion for New Trial Date, filed September 16, 2005. Good cause having been shown, the Court GRANTS the motion. The Court hereby MODIFIES the Rule 16(b) Scheduling Order and RESETS the trial dates as follows:

- The jury trial in this matter is set to begin on <u>Monday, November 13, 2006, at 9:30 a.m.</u>

- A pretrial conference is set for <u>Monday, November 6, 2006, at 8:45 a.m.</u>

- The pretrial order, proposed jury instructions, and voir dire questions are due by no later than 4:30 p.m. on <u>October 30, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-2-05

92

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this 1 day of ~~October~~ Nov., 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CV-02868 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Clint Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Richard R. Roberts
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen J. Lane
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT