IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Case No. ____4-2868____

## SEALED DOCUMENT PLACED IN VAULT

Order of Reference

Document No. __95__



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:04-CV-02868 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Clint Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen J. Lane
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Richard R. Roberts
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT