UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FEDEX CORPORATION, a Delaware Corporation, and FEDERAL EXPRESS CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. DONALDSON, JR.,<br><br>Defendant. | Case No. 04-2868 Ml/V |

## ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY DEADLINES AND ALL OTHER DEADLINES

Before the Court is the Defendant's motion requesting a sixty-day (60) extension of the discovery and all other deadlines in this matter. For good cause shown, the motion is GRANTED. Accordingly, the deadlines are now established:

(a) Discovery Deadline: May 1, 2006

(b) Case-in-Chief Expert Disclosures: March 15, 2006

(c) Rebuttal Expert Disclosures: May 1, 2006

(d) Supplemental Expert Disclosures: June 1, 2006

(e) Expert Depositions: July 15, 2006

(f) Dispositve Motions: September 1, 2006

(g) Daubert Motions: September 1, 2006.

It is so ORDERED, this _13th_ day of December, 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-14-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:04-CV-02868 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

David G. Holcombe
BAKER & HOSTETLER LLP
312 Walnut Street
Ste 2650
Cincinnati, OH 45202--403

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Clint Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Stephen J. Lane
HERMAN HERMAN KATZ & COTLAR, L.L.P.
820 O'Keefee Ave.
New Orleans, LA 70113--111

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Richard R. Roberts
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Jon McCalla
US DISTRICT COURT